## (February 8, 1977)

■ LOUIS J. BRECHER, Appellant, v FREDERIC GREGG, JR., et al., Defendants, and CLYDE W. CLIFFORD et al., Respondents.—Judgment, Supreme Court, New York County, entered on February 11, 1976, unanimously affirmed, without costs and without disbursements. While the parties stipulated to sever the appeal as to defendant-respondent David Steine, we believe it was the intention of the parties that the determination in this case should be applicable to all joining in the stipulation. The benefit of the determination, in the opinion of this court, should be extended to the estate of the severed defendant, unless the estate elects otherwise. Concur—Stevens, P. J., Kupferman, Birns, Lane and Nunez, JJ.

■ PUBLIC ADMINISTRATOR OF NEW YORK COUNTY, as Administrator of the Estate of ANDREW GLOVER, Deceased, Respondent, v DELORISE E. GLOVER, Appellant.—Judgment, Supreme Court, New York County, entered on August 5, 1975, and the findings of fact and conclusions of law, affirmed, without costs and without disbursements. Concur—Stevens, P. J., Birns, Lane and Nunez, JJ.; Kupferman, J., dissents and would reverse and dismiss the complaint.

■ CHARLES R. BONFIGLIO et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v MARIO A. PROCACCINO, as Comptroller of the City of New York, et al., Respondents.—Order, Supreme Court, New York County, entered on September 25, 1975, unanimously affirmed for the reasons stated by Baer, J., at Trial Term, without costs and without disbursements. (See, also, *Matter of Manning v Joseph*, 304 NY 278.) Concur—Stevens, P. J., Murphy, Lupiano, Silverman and Lane, JJ.

■ FIELDSTON PROPERTY OWNERS ASSOCIATION, INC., Respondent, v DECORATIVE TRENDS, INC., et al., Defendants, and GERALDYNE WALSH et al., Appellants.—Order, Appellate Term of the Supreme Court, First Department, entered on October 7, 1975, unanimously affirmed for the reasons stated at the Appellate Term, without costs and without disbursements. Concur—Murphy, J. P., Birns, Silverman and Lane, JJ. [83 Misc 2d 685.]

■ GENERAL INSTRUMENT CORPORATION, Respondent, v FAIRCHILD CAMERA AND INSTRUMENT CORPORATION et al., Appellants.—Order, Supreme Court, New York County, entered on July 28, 1976, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Lupiano, Birns, Capozzoli and Markewich, JJ.